| CO 001988 FILE DEPT CLOCK VCHR.NO. |
|---|
| JX7 00445_ 0000470306 1 |

**SYSTEM FREIGHT**
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

# Earnings Statement

ADP

Period Beginning: 11/10/2019
Period Ending: 11/16/2019
Pay Date: 11/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A
  PA: N/A

**DAVID J WALLACE**
8271 WILLIAMS AVE
PHILADELPHIA PA 19150

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Other $ | | | 1,837.90 | 25,713.78 |
| **Gross Pay** | | | **$1,837.90** | 25,713.78 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 609-395-8600

BASIS OF PAY: HOURLY

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -232.19 | 3,084.44 |
| Social Security Tax | -107.43 | 1,541.18 |
| Medicare Tax | -25.13 | 360.44 |
| PA State Income Tax | -53.20 | 763.13 |
| Philadelphia Income Tax | -71.15 | 995.45 |
| NJ SUI/SDI Tax | -12.40 | 173.56 |

**Other**

| | this period | year to date |
|---|---|---|
| Guardian Post T | -4.25 | 34.00 |
| Guardian Pre | -6.63* | 53.04 |
| Medical 125 | -98.50* | 788.00 |
| Cash Reiumburse | | -49.64 |
| Union Dues | | 64.00 |
| Vision | | 15.00 |

| **Net Pay** | **$1,227.02** | |
|---|---|---|
| Checking 1 | -1,227.02 | 17,891.18 |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,732.77

© 1996, 2006. ADP, LLC. All Rights Reserved.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**SYSTEM FREIGHT**
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

Advice number: 00000470306
Pay date: 11/22/2019

**THIS IS NOT A CHECK**

Deposited to the account of
**DAVID J WALLACE**

| account number | transit ABA | amount |
|---|---|---|
| XXXXXX3000 | XXXX XXXX | $1,227.02 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| | | | |
|---|---|---|---|
| 001245 CO. FILE DEPT CLOCK VCHR. NO. | | | |
| JX7 004463 0000480319 1 | | | |

# Earnings Statement

**SYSTEM FREIGHT**
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

Period Beginning: 11/17/2019
Period Ending: 11/23/2019
Pay Date: 11/29/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A
  PA: N/A

DAVID J WALLACE
8271 WILLIAMS AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Other $ | | | 1,689.93 | 27,403.71 |
| **Gross Pay** | | | **$1,689.93** | 27,403.71 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -199.64 | 3,284.08 |
| | Social Security Tax | -98.26 | 1,639.44 |
| | Medicare Tax | -22.98 | 383.42 |
| | PA State Income Tax | -48.65 | 811.78 |
| | Philadelphia Income Tax | -65.42 | 1,060.87 |
| | NJ SUI/SDI Tax | -11.42 | 184.98 |
| | **Other** | | |
| | Guardian Post T | -4.25 | 38.25 |
| | Guardian Pre | -6.63* | 59.67 |
| | Medical 125 | -98.50* | 886.50 |
| | Cash Reiumburse | | -49.64 |
| | Union Dues | | 64.00 |
| | Vision | | 15.00 |
| | **Net Pay** | **$1,134.18** | |
| | Checking 1 | -1,134.18 | 19,025.36 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 609-395-8600

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,584.80

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SYSTEM FREIGHT
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

Advice number: 00000480319
Pay date: 11/29/2019

**Deposited to the account of**
DAVID J WALLACE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3000 | xxxx xxxx | $1,134.18 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| 001841 JX7 | 004453 | | | 0000490325 | 1 |

# Earnings Statement

**ADP**

SYSTEM FREIGHT
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

Period Beginning:    11/24/2019
Period Ending:       11/30/2019
Pay Date:            12/06/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  3
  NJ:       Table A
  PA:       N/A

DAVID J WALLACE
8271 WILLIAMS AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday | 22.0500 | 8.00 | 176.40 | 176.40 |
| Other $ | | | 887.95 | 28,291.66 |
| **Gross Pay** | | | **$1,064.35** | 28,468.06 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -73.53 | 3,357.61 |
| | Social Security Tax | -59.47 | 1,698.91 |
| | Medicare Tax | -13.91 | 397.33 |
| | PA State Income Tax | -29.45 | 841.23 |
| | Philadelphia Income Tax | -41.20 | 1,102.07 |
| | NJ SUI/SDI Tax | -7.18 | 192.16 |
| | **Other** | | |
| | Guardian Post T | -4.25 | 42.50 |
| | Guardian Pre | -6.63* | 66.30 |
| | Medical 125 | -98.50* | 985.00 |
| | Union Dues | -64.00 | 128.00 |
| | Cash Reiumburse | | -49.64 |
| | Vision | | 15.00 |
| | **Net Pay** | **$666.23** | |
| | Checking 1 | -666.23 | 19,691.59 |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 609-395-8600

BASIS OF PAY: HOURLY

* Excluded from federal taxable wages
  Your federal taxable wages this period are $959.22

---

SYSTEM FREIGHT
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

Advice number:  00000490325
Pay date:       12/06/2019

Deposited to the account of
DAVID J WALLACE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3000 | xxxx xxxx | $666.23 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

JX7  004453
00005104

SYSTEM FREIGHT
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

Period Beginning: 12/08/2019
Period Ending: 12/14/2019
Pay Date: 12/20/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A
  PA: N/A

DAVID J WALLACE
8271 WILLIAMS AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| er $ | | | 1,557.50 | 31,606.71 |
| iday | | | | 176.40 |
| **Gross Pay** | | | **$1,557.50** | 31,783.11 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -169.84 | 3,740.64 |
| Social Security Tax | | -89.86 | 1,890.85 |
| Medicare Tax | | -21.01 | 442.21 |
| PA State Income Tax | | -44.50 | 936.28 |
| Philadelphia Income Tax | | -60.29 | 1,230.40 |
| NJ SUI/SDI Tax | | -10.52 | 214.54 |
| **Other** | | | |
| Guardian Post T | | -4.25 | 51.00 |
| Guardian Pre | | -6.63* | 79.56 |
| Medical 125 | | -98.50* | 1,182.00 |
| Vision | | -3.00* | 24.00 |
| Cash Reiumburse | | | -49.64 |
| Union Dues | | | 128.00 |
| **Net Pay** | | **$1,049.10** | |
| Checking 1 | | -1,049.10 | 21,913.27 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,449.37

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 609-395-8600

BASIS OF PAY: HOURLY

401K OPEN ENROLL JAN 1-CALL SUSAN 732 988 8345

* Excluded from federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SYSTEM FREIGHT
7 CENTER DRIVE, SUITE 5
JAMESBURG, NJ 08831

Advice number: 00000510493
Pay date: 12/20/2019

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAVID J WALLACE | xxxxxx3000 | xxxx xxxx | $1,049.10 |

**NON-NEGOTIABLE**