United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-10306-amc
David J. Wallace  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Feb 18, 2025 | Form ID: 138OBJ | Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David J. Wallace, 8271 Williams Avenue, Philadelphia, PA 19150-2010 |
| 14453366 | + | Commonwealth of PA, PA PUC, 400 North Street, Harrisburg, PA 17120-0211 |
| 14453368 | + | ENGS Finance Company, One Pierce Plaza, Suite 1100 West, Itasca, IL 60143-3149 |
| 14453371 | + | Grnsky/fifththirdbk, Attn: Bankruptcy Dept, 1797 North East Expressway, Atlanta, GA 30329-7803 |
| 14453376 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14468798 | + | PennyMac Loan Services, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14453380 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14453391 | + | Wholesale Truck & Finance, 23970 Highway 59 N, Kingwood, TX 77339-1535 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14453359 | ^ | MEBN | Feb 19 2025 03:31:15 | Allstate Insurance, PO Box 4303, Carol Stream, IL 60197-4303 |
| 14468803 | | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:40:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453360 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 03:40:32 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14474671 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2025 03:33:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop: JCA115, Johnston, RI 02919 |
| 14453382 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 19 2025 03:33:00 | RBS Citizens Cc, 1 Citizens Dr., MS: ROP 15B, Riverside, RI 02915 |
| 14453363 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14453364 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14510006 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

Case 20-10306-amc    Doc 41    Filed 02/20/25    Entered 02/21/25 00:42:16    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14453361 | + | Email/Text: ecf@ccpclaw.com | Feb 19 2025 03:33:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14453365 | + | Email/Text: bankruptcy@philapark.org | Feb 19 2025 03:34:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14453367 | | Email/Text: mrdiscen@discover.com | Feb 19 2025 03:33:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14456637 | | Email/Text: mrdiscen@discover.com | Feb 19 2025 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14453369 | | Email/Text: bankruptcycourts@equifax.com | Feb 19 2025 03:33:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14453370 | ^ | MEBN | Feb 19 2025 03:30:59 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14477642 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 19 2025 03:33:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14453371 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 19 2025 03:33:00 | Grnsky/fifththirdbk, Attn: Bankruptcy Dept, 1797 North East Expressway, Atlanta, GA 30329-7803 |
| 14453372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2025 03:33:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14484723 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14473115 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14453374 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:30 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14459935 | | Email/Text: jfeinstein@mhccna.com | Feb 19 2025 03:33:00 | Engs Commercial Finance Co., One Pierce Place, Suite 1100 West, Itasca, IL 60143 |
| 14472111 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14453375 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2025 03:34:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14453377 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 19 2025 03:33:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14488514 | + | Email/PDF: ebnotices@pnmac.com | Feb 19 2025 03:40:31 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14453378 | + | Email/PDF: ebnotices@pnmac.com | Feb 19 2025 03:51:09 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14467237 | ^ | MEBN | Feb 19 2025 03:31:09 | PennyMac Loan Services, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14453379 | + | Email/Text: bankruptcy@philapark.org | Feb 19 2025 03:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14453381 | + | Email/Text: bankruptcy1@pffcu.org | Feb 19 2025 03:33:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14465477 | + | Email/Text: bankruptcy1@pffcu.org | Feb 19 2025 03:33:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14960033 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:10 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14453383 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:40:23 | Syncb/hhgreg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14453384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:40:30 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 14453385 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:40:28 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14453386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 19 2025 03:40:10 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14487861 | + | Email/Text: bncmail@w-legal.com | Feb 19 2025 03:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14453388 | | Email/Text: DASPUBREC@transunion.com | Feb 19 2025 03:33:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14453387 | + | Email/Text: bncmail@w-legal.com | Feb 19 2025 03:33:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14453389 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 19 2025 03:33:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 14453390 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:51:18 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 14485233 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 19 2025 03:40:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14468804 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14473135 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453362 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14453373 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14477642 | ##+ | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: 138OBJ | Total Noticed: 49 |

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor David J. Wallace help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 40 − 38

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   David J. Wallace ) | | Case No. 20−10306−amc |
|   dba Wallace Freight, Inc ) | | |
| ) | | |
|   Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

>Eastern District of Pennsylvania
>900 Market Street
>Suite 400
>Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 18, 2025                                          For The Court

                                                                                                         Timothy B. McGrath
                                                                                                                Clerk of Court