# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David J. Wallace dba Wallace Freight, Inc**<br>       Debtor<br><br>**PennyMac Loan Services, LLC**<br>       Movant<br>    vs.<br><br>**David J. Wallace dba Wallace Freight, Inc**<br>       Debtor<br><br>**Kenneth E. West, Esq.**,<br>       Trustee | **BK NO. 20-10306 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 24** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 21, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
David J. Wallace dba Wallace Freight, Inc
8271 Williams Avenue
Philadelphia, PA 19150

Attorney for Debtor
Michael A. Cibik, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: December 21, 2022

                       **/s/Michael P. Farrington, Esq.**
                       Michael P. Farrington, Esq.
                       Attorney I.D. 329636
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106
                       (215) 825-6488
                       mfarrington@kmllawgroup.com